**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

**Richmond Division**

**LATOYA CANADA,**
**Plaintiff,**

**v.** **Case No.: 3:21-CV-00655**

**JASMINE MASRI, *et al.***
**Defendants.**

## AMENDED COMPLAINT

COMES NOW, the Plaintiff, LATOYA CANADA, by counsel, and moves this Court for Judgment against the Defendants, JASMINE MASRI, NEW PRIME, INC., NEW PRIME d/b/a PRIME, INC., NEW PRIME, INC. d/b/a PRIME, INC., PRIME, INC., PRIME TRANSPORTATION SERVICES, INC., PRIME TRANSPORTATION, INC., and JOHN DOE COMPANY on the grounds and in the amount set forth below:

1. On or about December 20, 2018, the Plaintiff, LATOYA CANADA, was the driver of an automobile traveling on I-95 northbound near Arthur Ashe Boulevard, Route 161, in the City of Richmond, Virginia.

2. At the same time and place, Defendant, JASMINE MASRI, was the driver of an tractor-trailer traveling on I-95 northbound near Arthur Ashe Boulevard, Route 161, in the City of Richmond, Virginia.

3. At all times relevant to this action, Defendant, JASMINE MASRI, was employed by and acting in the course and scope of his employment with Defendants, NEW PRIME, INC., NEW PRIME d/b/a PRIME, INC., NEW PRIME, INC. d/b/a PRIME, INC., PRIME, INC., PRIME TRANSPORTATION SERVICES, INC., PRIME TRANSPORTATION, INC., and JOHN DOE COMPANY.

4. The Defendant, JASMINE MASRI through her negligence caused her vehicle to rear end and collide with the vehicle that of the Plaintiff and pushed the Plaintiff's vehicle into another vehicle, causing the injuries and damages complained of herein.

5. At the time of this collision, it was the duty of the Defendant, JASMINE MASRI to operate her tractor-trailer with reasonable care and due regard for others using the roadway.

6. Notwithstanding said duties, the Defendant, JASMINE MASRI carelessly, recklessly and/or negligently operated her tractor-trailer so that it rear ended and collided with the Plaintiff's vehicle with great force and violence. Defendant was reckless, grossly negligent and/or negligent in that she:

(a) failed to keep a proper lookout; and/or

(b) failed to obey a traffic signal; and/or

(c) failed to maintain control of her automobile; and/or

(d) operated her vehicle at an excessive rate of speed; and/or

(e) operated her vehicle recklessly; and/or

(f) failed not to follow another motor vehicle, trailer, or semitrailer more closely than is reasonable and prudent; and/or

(g) failed to yield the right of way; and/or

(h) failed to maintain lane position; and/or

(i) was otherwise negligent.

7. As a direct and proximate result of the Defendant, JASMINE MASRI's, recklessness, gross negligence and/or negligence, the Plaintiff, LATOYA CANADA was caused to sustain serious and permanent injuries; has incurred and will incur loss of income; has incurred and will incur medical and other related expenditures; has suffered and will continue to

suffer pain of body and mind; and has had her ability to engage in her usual activities and to enjoy life adversely affected on account of the incident and resulting injuries.

WHEREFORE, the Plaintiff, LATOYA CANADA demands judgment against the Defendant, NEW PRIME, INC., NEW PRIME d/b/a PRIME, INC., NEW PRIME, INC. d/b/a PRIME, INC., PRIME, INC., PRIME TRANSPORTATION SERVICES, INC., PRIME TRANSPORTATION, INC., and JOHN DOE COMPANY, directly and/or under theories of vicarious liability, respondeat superior, and/or agency principles, in the sum of ONE MILLION, FIVE HUNDRED THOUSAND AND 00/100 DOLLARS ($1,500,000.00) for compensatory damages, her costs expended in this action and prejudgment interest from the date of the collision.

**TRIAL BY JURY IS DEMANDED.**

LATOYA CANADA,

BY:___/s/ Michael R. Krol__________
Counsel

Emmet D. Alexander, Esquire (VSB No. 41248)
Michael R. Krol, Esquire (VSB No. 80584)
Robert G. Maury, Esquire (VSB No. 88233)
Alexander Law Group, PLC
6601 Irongate Square, Suite A
Richmond, Virginia 23234
☎ 804-271-1969
🖷 804-271-0806
michael@alexanderlawgroupplc.com

CERTIFICATE OF MAILING

I certify that a true and correct copy of the foregoing Plaintiff's Amended Complaint was filed electronically with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to all counsel of record or individual parties with registered email addresses this 1st day of December, 2021, to all counsel of record as follows:

Terrence Lemarr Graves, Esq.
Karissa Thomas Kasoerg, Esq.
Sands Anderson PC
1111 E Main Street
Bank of America Center Suite 2400
P O Box 1998
Richmond, VA 23218-1998
(804) 648-1636
tgraves@sandsanderson.com
kkaseorg@sandsanderson.com
*counsel for Jasmine Masri, et al.*

___/s/ Michael R. Krol______
Michael R. Krol