IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

LATOYA CANADA,

Plaintiff,

v. Civil Action No. 3:21-cv-655

JASMINE MASRI,
NEW PRIME, INC.,
NEW PRIME d/b/a PRIME, INC.,
NEW PRIME, INC. d/b/a PRIME, INC.,
PRIME, INC.,
PRIME TRANSPORTATION SERVICES, INC.,
PRIME TRANSPORTATION, INC.,
And
JOHN DOE COMPANY

Defendants.

**ANSWER**

New Prime, Inc., New Prime d/b/a Prime, Inc., New Prime, Inc. d/b/a Prime, Inc., Prime, Inc., Prime Transportation Services, Inc., Prime Transportation, Inc., and Jasmine Masri ("Defendants"), by counsel, state as follows for their Answer to Plaintiff's Amended Complaint:

1. Defendants admit the allegations contained in Paragraph 1 of Plaintiff's Complaint.

2. Defendants admit the allegations contained in Paragraph 2 of Plaintiff's Complaint.

3. Defendants admit that Jasmine Masri was employed by New Prime, Inc. at the time of the accident. Defendants deny the remainder of the allegations contained in Paragraph 3 of Plaintiff's Complaint.

4. Paragraph 4 of Plaintiff's Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations contained in Paragraph 4 of Plaintiff's Complaint.

5. Paragraph 5 of Plaintiff's Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations contained in Paragraph 5 of Plaintiff's Complaint.

6. Paragraph 6 of Plaintiff's Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations contained in Paragraph 6 of Plaintiff's Complaint, including its subparts (a) through (i).

7. Paragraph 7 of Plaintiff's Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations contained in Paragraph 7 of Plaintiff's Complaint.

8. Defendants deny any remaining allegations not contained in the numbered paragraphs of Plaintiff's Amended Complaint.

## AFFIRMATIVE DEFENSES

1. Plaintiff has failed to mitigate her damages.

2. Plaintiff was not injured to the extent alleged, if at all.

3. Defendants deny that they are indebted to Plaintiff in any manner or for any amount.

4. Defendants aver that they will rely upon all affirmative defenses which they may be afforded and as may be supported by evidence adduced at trial, through discovery, or otherwise.

6. Defendants deny any allegations contained in the Complaint not specifically admitted herein.

7. Defendants reserve the right to assert at trial any and all properly provable defenses they may have to this action and further reserves the right to amend their Answer accordingly if it be so advised.

WHEREFORE, for the foregoing reasons Defendants deny they are liable to the Plaintiff in any amount whatsoever and moves that this action be dismissed.

**A TRIAL BY JURY IS DEMANDED.**

NEW PRIME, INC.,
NEW PRIME d/b/a PRIME, INC.,
NEW PRIME, INC. d/b/a PRIME, INC.,
PRIME, INC.,
PRIME TRANSPORTATION SERVICES, INC.,
PRIME TRANSPORTATION, INC.
JASMINE MASRI

/s/

Terrence L. Graves (VSB No. 32705)
Karissa T. Kaseorg (VSB No. 87685)
SANDS ANDERSON PC
Bank of America Center, Ste. 2400
1111 East Main Street (23219)
P. O. Box 1998
Richmond, VA 23218-1998
Telephone: 804-783-7239
Facsimile: 804-783-7291
tgraves@sandsanderson.com
kkaseorg@sandsanderson.com
*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 9, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to the following:

Emmet D. Alexander (VSB No. 41248)
Michael R. Krol (VSB No. 80584)
Robert G. Maury (VSB No. 88233)
Alexander Law Group, PLC
6601 Irongate Square, Suite A
Richmond, VA 23234
Telephone: (804) 271-1969
Facsimile: (804) 271-0806
michael@alexanderlawgroupplc.com
*Counsel for Plaintiff*

_______/s/_____________________

Terrence L. Graves (VSB No. 32705)
Karissa T. Kaseorg (VSB No. 87685)
SANDS ANDERSON PC
Bank of America Center, Ste. 2400
1111 East Main Street (23219)
P. O. Box 1998
Richmond, VA 23218-1998
Telephone: 804-783-7239
Facsimile: 804-783-7291
tgraves@sandsanderson.com
kkaseorg@sandsanderson.com
*Counsel for Defendants*