IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

LATOYA CANADA,

       Plaintiff,

v.                                                                                                  Civil Action No. 3:21-cv-655

JASMINE MASRI,
NEW PRIME, INC.,
NEW PRIME d/b/a PRIME, INC.,
NEW PRIME, INC. d/b/a PRIME, INC.,
PRIME, INC.,
PRIME TRANSPORTATION SERVICES, INC.,
PRIME TRANSPORTATION, INC.,
And
JOHN DOE COMPANY

       Defendants.

## JOINT NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL

Plaintiff, Latoya Canada, ("Plaintiff"), by counsel, and Defendants, Jasmine Masri, New Prime, Inc., New Prime d/b/a Prime Inc., New Prime, Inc. d/b/a PrimeInc., Prime Inc., Prime Transportation Services, Inc., and Prime Transportation, Inc. ("Defendants"), by counsel, hereby respectfully notify the Court that all matters in controversy between the parties and before this Court have been settled and resolved; and thus, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), provided that the Court will retain jurisdiction over this settlement specifically for the purpose of interpretation and/or enforcement of the Settlement Agreement and Release pursuant to the authority granted in *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375 (1994), until all payments called for under the Settlement Agreement and Release have been made. The Parties do jointly submit this Stipulation of Dismissal of the above-captioned matter, WITH PREJUDICE.

DATED: June 13, 2022                                    Respectfully submitted,

| | |
|---|---|
| LATOYA CANADA | NEW PRIME, INC.,<br>NEW PRIME d/b/a PRIME, INC.,<br>NEW PRIME, INC. d/b/a PRIME, INC.,<br>PRIME, INC.,<br>PRIME TRANSPORTATION SERVICES, INC.,<br>PRIME TRANSPORTATION, INC.<br>JASMINE MASRI |

_____/s/_____
Emmet D. Alexander (VSB No. 41248)
Alexander Law Group, PLC
6601 Irongate Square, Suite A
Richmond, VA 23234
Telephone: (804) 271-1969
Facsimile: (804) 271-0806
emmet@alexanderlawgroupplc.com
*Counsel for Plaintiff*

_____/s/_____
Terrence L. Graves (VSB No. 32705)
Karissa T. Kaseorg (VSB No. 87685)
SANDS ANDERSON PC
Bank of America Center, Ste. 2400
1111 East Main Street (23219)
P. O. Box 1998
Richmond, VA 23218-1998
Telephone:  804-783-7239
Facsimile:  804-783-7291
tgraves@sandsanderson.com
kkaseorg@sandsanderson.com
*Counsel for Defendants*

Michael R. Krol (VSB No. 80584)
Robert G. Maury (VSB No. 88233)
Maury & Krol, PLLC
9840 Midlothian Turnpike, Suite A
Richmond, VA 23235
Telephone: (804)529-3647
Facsimile: (804)315-1977
michael@maurykrol.com
robert@maurykrol.com
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 15, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to the following:

Emmet D. Alexander (VSB No. 41248)
Alexander Law Group, PLC
6601 Irongate Square, Suite A
Richmond, VA 23234
Telephone: (804) 271-1969
Facsimile: (804) 271-0806
emmet@alexanderlawgroup.com
*Counsel for Plaintiff*


Michael R. Krol (VSB No. 80584)
Robert G. Maury (VSB No. 88233)
Maury & Krol, PLLC
9840 Midlothian Turnpike, Suite A
Richmond, VA 23235
Telephone: (804)529-3647
Facsimile: (804)315-1977
michael@maurykrol.com
*Counsel for Plaintiff*

            _____/s/_____
            Terrence L. Graves (VSB No. 32705)
            Karissa T. Kaseorg (VSB No. 87685)
            SANDS ANDERSON PC
            Bank of America Center, Ste. 2400
            1111 East Main Street (23219)
            P. O. Box 1998
            Richmond, VA 23218-1998
            Telephone:  804-783-7239
            Facsimile:  804-783-7291
            tgraves@sandsanderson.com
            kkaseorg@sandsanderson.com
            *Counsel for Defendants*