IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

LATOYA CANADA,
Plaintiff,

v. Civil Action No. 3:21-CV-00655 (MRC)

JASMINE MASRI, *et al*.,
Defendants.

**FINAL ORDER**

On July 16, 2022, the parties filed a stipulation of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii). (ECF No. 30.) The Court acknowledges this voluntary dismissal and DIRECTS the Clerk to close this case.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

/s/ MRC
Mark R. Colombell
United States Magistrate Judge

Richmond, Virginia
Date: 6/21/2022